C. & W. CONSTRUCTION CO., INC., Respondent, *v.* BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant.

Argued October 7, 1937; decided October 22, 1937.

*Paul Windels,* Corporation Counsel (*Oren Clive Herwitz, Paxton Blair* and *Nelson Rosenbaum* of counsel), for appellant.

*I. J. Beaudrias* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.